IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARKETING INTEGRALE CO.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL ACTION NO. 4:12-CV-00880 |
| | § | |
| **TODD ROBERSON, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT MESA MARKETING, LLC'S RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mesa Marketing, LLC provides the following corporate disclosure: Mesa Marketing, LLC has no parent corporation and no publicly held corporation owns 10% or more of the company.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

/s/ *Charles S. Baker*
Charles S. Baker
State Bar No. 01566200
csbaker@fulbright.com
Fulbright Tower
1301 McKinney, Ste 5100
Houston, TX 77010-3095
Telephone: (713) 651-8396
Facsimile: (713) 651-5246

C. Ashley Callahan
State Bar. No. 24027545
acallahan@fulbright.com
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701-2978
Telephone: (512) 536-5201
Facsimile: (512) 536-4598

**ATTORNEYS FOR DEFENDANT
MESA MARKETING, LLC**

52103389.1

## **CERTIFICATE OF SERVICE**

This pleading was served in compliance with the Federal Rules of Civil Procedure, today, June 7, 2012, through the Court's CM/ECF system, on the following counsel of record:

Leonnel Iruke
(TBN 24062796)
leoslaw@gmail.com
EMPIRE LEGAL PLLC
8303 Southwest Freeway, Ste. 900
Houston, Texas 77074
Telephone: (713) 771-0300
Facsimile: (713) 490-9080

**ATTORNEYS FOR PLAINTIFF MARKETING INTEGRALE CO.**

        /s/ *Charles S. Baker*
        Charles S. Baker