UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARKETING INTEGRALE CO. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12-CV-00880 |
| | § | |
| TODD ROBERSON, ET. AL. | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Marketing Integrale Company ("Plaintiff") files this Certificate of Interested Persons as follows:

1.    Marketing Integrale Company
       Plaintiff

2.    Derek Deyon
       The Deyon Law Group, PLLC
       Attorney in Charge for Plaintiff

3.    Leonnel Iruke
       Empire Legal PLLC
       Attorney for Plaintiff

4.    Todd Roberson
       Defendant

5.    bestdamnstocks.com
       Defendant

6.    thepennystockguru.com
       Defendant

7.    Jeff Jeffries
       Defendant

8.    William William
       Defendant

9.      octbullmarkets.com
        Defendant

10.     thebullexchange.com
        Defendant

11.     Mesa Marketing LLC
        Defendant

12.     Charles S. Baker
        Fulbright & Jaworski, L.L.P.
        Attorney for Defendant Mesa Marketing LLC

13.     C. Ashley Callahan
        Fulbright & Jaworski, L.L.P.
        Attorney for Defendant Mesa Marketing LLC

14.     John Does 1-10
        Defendant

15.     ABC Corporation 1-10
        Defendant

At this time, Plaintiff is not aware of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than those persons identified above.


                        RESPECTFULLY SUBMITTED,

                        THE DEYON LAW GROUP, PLLC

                        _____/s/_____
                        DEREK H. DEYON
                        2211 Norfolk, Suite 600
                        Houston, Texas 77098
                        (713) 481 – 7420
                        (713) 528 – 3415 Fax
                        TBN: 24075862
                        SDT: 1241732
                        ddeyon@deyonlawgroup.com
                        Attorney in Charge for Plaintiff

EMPIRE LEGAL PLLC

LEONNEL IRUKE
8303 Southwest Freeway, Ste. 900
Houston, Texas 77074
Telephone: (713) 771-0300
Facsimile: (713) 490-9080
TBN: 24062796
leoslaw@gmail.com
Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I certify that on June 11, 2012 a true and correct copy of the foregoing document was served on the following through the Court's CM/ECF system:

Charles S. Baker
State Bar No. 01566200
csbaker@fullbright.com
Fulbright Tower
1301 McKinney, Ste. 5100
Houston, Texas 77010-3095
Telephone: (713) 651 – 8396
Facsimile (713) 651 – 5246

C. Ashley Callahan
State Bar No. 24027545
acallahan@fullbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701-2978
Telephone: (512) 536 – 5201
Facsimile (512) 536 – 4598

Attorneys for Defendant Mesa Marketing, LLC

_____/s/_____
DEREK H. DEYON