UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARKETING INTEGRALE COMPANY § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 4:12-CV-00880 |
| § | |
| TODD ROBERSON, INDIVDUALLY, ET. AL. § | |
| § | |
| § | |
| Defendants. § | |

PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Marketing Integrale Company as Plaintiff and files its Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Defendants are Todd Roberson, Individually ("Roberson"), Todd Roberson d/b/a bestdamnstocks.com, thepennystockguru.com ("Roberson Company"), Mesa Marketing, LLC ("Mesa Marketing"), otcbullmarkets.com ("OTC"), thebullexchange.com ("Bull Exchange"), and other Defendants whose identifies are unknown at this time.  In support, Plaintiff would show the court that:

1.   Defendants Roberson, Roberson Company, OTC, and Bull Exchange have not been served with process.

2.   Defendant Mesa Marketing has been served with process and has not served an answer or a motion for summary judgment.

3.   Plaintiff now moves to dismiss the suit.

4.   This case is not a class action.

5.   A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is without prejudice to re-filing as to Plaintiff's claims against Defendants for misappropriation of Plaintiff's trade secrets, and violations of the Stored Wire and Electronic Communications Act, 18 U.S.C. §§ 2701-2710, and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and for any other claim that Plaintiff has, known or unknown, against Defendants.

RESPECTFULLY SUBMITTED,

THE DEYON LAW GROUP, PLLC

_____/s/_____
DEREK H. DEYON
2211 Norfolk, Suite 600
Houston, Texas 77098
(713) 481 – 7420
(713) 528 – 3415 Fax
TBN: 24075862
SDT: 1241732
ddeyon@deyonlawgroup.com
Attorney in Charge for Plaintiff

EMPIRE LEGAL PLLC

LEONNEL IRUKE
8303 Southwest Freeway, Ste. 900
Houston, Texas 77074
Telephone: (713) 771-0300
Facsimile: (713) 490-9080
TBN: 24062796
leoslaw@gmail.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

    I certify that on July 10, 2012 a true and correct copy of the foregoing document was served on the following through the Court's CM/ECF system:

Charles S. Baker
State Bar No. 01566200
csbaker@fullbright.com
Fulbright Tower
1301 McKinney, Ste. 5100
Houston, Texas 77010-3095
Telephone: (713) 651 – 8396
Facsimile (713) 651 – 5246

C. Ashley Callahan
State Bar No. 24027545
acallahan@fullbright.com
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701-2978
Telephone: (512) 536 – 5201
Facsimile (512) 536 – 4598

Attorneys for Defendant Mesa Marketing, LLC

_____/s/_____
DEREK H. DEYON